SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARGIS NIAZ, | No. C07-4030 MMC |
| Plaintiff, | |
| v. | DECLARATION OF LARRY GRUBB |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CONDOLEEZZA RICE, Secretary, Department of State, | |
| Defendants. | |

DECLARATION OF LARRY GRUBB

I, Larry Grubb, do hereby declare as follows:

1. I work for the Department of State as a Fraud Prevention Manager (FPM) at the National Visa Center (NVC), where I supervise the Fraud Prevention Unit. I have held this position for four years. If called to testify, I could and would testify truthfully as follows:

2. As part of my duties as a Fraud Prevention Manager, I have access to various records and files processed at the NVC, including the Immigrant Visa Information System Database (IVIS) and the Consular Consolidate Database (CCD).

3. The NVC receives 5,000 petitions per week. Of the 5,000 petitions, roughly 90 percent or 4,500 of the cases are I-130 petitions. Case processing on Mr. Niaz's case is expected

1    to take approximately six months at the NVC before the case is sent overseas for the interview.

2         4.    I have reviewed the NVC records for Nargis Niaz by conducting a query on the IVIS
3    and the CCD. The NVC received Mr. Niaz's approved I-130 petition from USCIS on
4    September 19, 2007.

5         I declare under penalty of perjury that the foregoing is true and correct to the best of my
6    knowledge.

7    Signed this 26th day of September, 2007, at Los Angeles, California.

                              _/s/ LARRY GRUBB_