1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 NARGIS NIAZ,                    )      No. C07-4030 MMC
                                   )
13              Plaintiff,         )
                                   )
14     v.                          )
                                   )
15 MICHAEL CHERTOFF, Secretary,    )      DECLARATION OF MELANIE PROCTOR
   Department of Homeland Security;)
16 CONDOLEEZZA RICE, Secretary,    )
   Department of State,            )
17                                 )
                Defendants.        )
18 _____ )

19 I, Melanie Proctor, declare and state as follows:

20         1.      I am employed by the United States Attorney's Office, Northern District of

21 California, as an Assistant United States Attorney.  My current employment address is 450 Golden

22 Gate Avenue, Box 36055, San Francisco, California, 94102.  I am the attorney assigned to the

23 above-captioned matter.

24         2.      The attachment to this declaration is a "screen shot" relating to the petition at issue

25 in this action, provided to me by U.S. Citizenship and Immigration Services ("USCIS").

26 ///

27 ///

28 ///

PROCTOR DECLARATION
No. C07-4030 MMC

1      3.    The third page of the attachment shows that on September 13, 2007, USCIS

2  transmitted the approved visa petition to the National Visa Center.

3      Signed this 4th day of October, 2007, in San Francisco, California.

4

5                          s/Melanie Proctor
                            MELANIE PROCTOR

PROCTOR DECLARATION
No. C07-4030 MMC        2

```
CLAIMS LAN  6.13                    Wednesday  August 22, 2007  10:38 am
Form: I130        Receipt: WAC-07-047-50567                        BARNARD
```

```
┌─Part 1. Information about you.─┐
     Name: NIAZ                    , NARGIS
     C/O:
  Street: 3955 KAURI CT
    City: CONCORD              State: CA   ZIP: 94521-
Province:                      Postal Code:              Country:
   SSN #: 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  DOB:08/19/1987  A #:            Natz. #:

  Part 2. Petition Type.  A   Husband or wife of U.S. Citizen, 201(b) INA
┌─Part 3. Information about the person you are filing for.─┐
     Name: YUSUPOV                 , FARRUKH
     C/O:
  Street: 33 34 BLDG 17 AB DJANGOKH STR SHAY
    City: TASHKENT              State:       ZIP:      -
Province:                       Postal Code: 70128       Country: UZBEK
     DOB: 02/12/1985   COB: UZBEK    SSN:     -  -       A #:
 Date of Arrival:           I-94 #:          Current Status:   Expires on:
        /  /                   -                  UU            /  /
G-28 attached? Y        Fee Info:  A      Signature? Y    Concurrent With? N
```

```
CLAIMS LAN  6.13                     Wednesday  August 22, 2007  10:38 am
Form: I130      Receipt: WAC-07-047-50567                         BARNARD
```

```
┌─Part 1. Information about you.──────────────────────────────────────┐
│   Name: NIAZ                    , NARGIS                             │
│   C/O:                                                              │
│ Street: 3955 KAURI CT                                              │
│   City: CONCORD                      State: CA   ZIP: 94521-        │
├─────────────────────────────────────────────────────────────────────┤
│     Date        Action  -  Individual                              │
├─────────────────────────────────────────────────────────────────────┤
│ 02/07/2007 │ APPROVAL NOTICE SENT - BATCH PRINTED                   │
│ 02/06/2007 │ APPROVED/NOTICE ORDERED - TRIAS                        │
│ 12/11/2006 │ NO SYSTEM IDENTIFIED DEROGATORY INFORMATION - IBIS CHECKS │
│ 12/08/2006 │ RECEIPT NOTICE SENT - BATCH PRINTED                    │
│ 12/08/2006 │ RECEIVED - SC-TA                                       │
├─────────────────────────────────────────────────────────────────────┤
│ Province:                   Postal Code: 70128        Country: UZBEK │
│       DOB: 02/12/1985   COB: UZBEK    SSN:    -   -    A #:          │
│  Date of Arrival:        I-94 #:         Current Status:   Expires on: │
│      /   /                 -                  UU            /  /      │
│ G-28 attached? Y     Fee Info:  A     Signature? Y    Concurrent With? N │
└─────────────────────────────────────────────────────────────────────┘
```

```
Version 2.90                                                        10/04/2007
                        Immigration and Naturalization Service
                   PC Receipt & A-File Accountability and Control System

                        Receipt or A-File (Inquiry/Request)

   Number              WAC0704750567       File Status         TRANSFER INCOMPLETE
   Creation Date       09/13/2007          Creation Source     NEW ADD
   Last Active Date    09/13/2007          Time                1650
   Last Transaction    TRANSFER OUT        Audit Date          09/13/2007
   Location Section    RECORDS FMU         Responsible Party   FMU NEW ADD
   In Transit To                           Phone Number        RC000
   Requestor Section                       Responsible Party

   TRANSFERRED TO       NATIONAL VISA CENTER

     Number                  Section                 Responsible Party
     WAC0704750567           TRANSFERRED OUT TO      NATIONAL VISA CENTER




     Next Receipt or A-Number

                            TRANSACTION COMPLETED                      05:19:05
```