SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARGIS NIAZ,<br>                Plaintiff,<br>   v.<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>CONDOLEEZZA RICE, Secretary,<br>Department of State,<br>                Defendants. | No. C07-4030 MMC<br><br>NOTICE OF DEFENDANTS' MOTION<br>FOR SUMMARY JUDGMENT<br><br>Date:  November 16, 2007<br>Time:  9:00 a.m.<br>Court: 7, 19th Floor |

      PLEASE TAKE NOTICE THAT on November 16, 2007, at 9:00 a.m., before the Honorable Maxine M. Chesney, Courtroom No. 7, 450 Golden Gate Avenue, California 94102, Defendants Michael Chertoff, Secretary of the Department of Homeland Security, et al., by their attorneys, Scott N. Schools, United States Attorney for the Northern District of California, and Melanie L. Proctor, Assistant United States Attorney, will move this Court for an order granting summary judgment to Defendants on Plaintiffs' Complaint for a Writ of Mandamus pursuant to Federal Rule of Civil Procedure 56.

///

///

///

NOTICE OF MOTION
C 074030 MMC

1  Defendants' Motion is based on this notice, the points and authorities in support of this
2 motion, the attached exhibits, the pleadings on file in this matter, the declaration of Larry Grubb
3 filed in support of the Motion, and on such oral argument as the Court may permit.

4 Dated: October 9, 2007                             Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                         /s/
                                                    MELANIE L. PROCTOR
                                                    Assistant United States Attorney
                                                    Attorney for Defendants