1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   NARGIS NIAZ,                        )    No. C07-4030 MMC
12                                     )
              Plaintiff,               )
13                                     )
         v.                            )
14                                     )    ADR CERTIFICATION
   MICHAEL CHERTOFF, Secretary,        )
15 Department of Homeland Security;    )
   CONDOLEEZZA RICE, Secretary,        )
16 Department of State,                )
                                       )
17            Defendants.              )
                                       )

19      Each of the undersigned certifies that he or she has read either the handbook entitled

20 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

21 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

22 resolution options provided by the court and private entities, and considered whether this case might

23 benefit from any of them.

24      Here, the parties agree that referral to a formal ADR process will not be beneficial because

25 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

26 adjudicate the application for adjustment of status. Given the substance of the action and the lack

27 of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily

28 tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

ADR CERTIFICATION
C 07-4030 MMC

removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 26, 2007                    Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                                  /s/
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated: October 25, 2007                            /s/
                                              JUSTIN WANG
                                              Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2007                    _____
                                                          MAXINE M. CHESNEY
                                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.