```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-6730
        FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NARGIS NIAZ, | ) | No. C07-4030 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ADR CERTIFICATION; ORDER |
| MICHAEL CHERTOFF, Secretary, | ) | THEREON |
| Department of Homeland Security; | ) | |
| CONDOLEEZZA RICE, Secretary, | ) | |
| Department of State, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 26, 2007							Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

       /s/
_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 25, 2007							      /s/
_____
JUSTIN WANG
Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 29, 2007

*[signature]*
MAXINE M. CHESNEY
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-4030 MMC                                    2