1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiff
5
   Nargis Niaz
6
              UNITED STATES DISTRICT COURT
7
              NORTHERN DISTRICT OF CALIFORNIA
8

9  Nargis Niaz                              )   Case No.: **C 07-4030 MMC**
                                             )
10                                           )
                        Plaintiff,           )
11                                           )
   *Michael Chertoff*, Secretary of the Department )
12 of Homeland Security;                     )   **STIPULATION TO VACATE**
   Condoleezza Rice, Secretary of State.     )   **HEARING ON MOTIONS;**
13                                           )   [PROPOSED] **ORDER**
                        Defendants.          )
14 _____     )

15
        The Plaintiff, by and through her attorney of record, and Defendants, by the through their
16 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

17      1. The parties agree that the matter at issue in the instant action may be resolved through cross
   motions for summary judgment.
18
        2. The parties jointly request that the Court take the motions currently set for hearing on November
19 16, 2007 under submission without oral argument.

20
   Dated: November  7 , 2007                         Respectfully submitted,
21

22

23                                                   _____/s/_____
                                                     JUSTIN X. WANG
24                                                   Attorney for Plaintiff

25

26

27                                                   SCOTT N. SCHOOLS
                                                     United States Attorney
28

---

Case No.: C 07-4030 MMC
Stipulation to vacate hearing on motions          F:\LING\Mandamus\I-130\NIAZ, Nargis\STIPULATION TO VACATE HEARING.wpd

Dated: November 7, 2007

                                                /s/
MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorney for Defendants

## ORDER

Pursuant to the stipulation, the November 16, 2007 hearing and case management conference is VACATED.

DATED: November 9, 2007

MAXINE M. CHESNEY
United States District Judge

---

Case No.: C 07-4030 MMC
Stipulation to vacate hearing on motions      F:\LING\Mandamus\I-130\NIAZ, Nargis\STIPULATION TO VACATE HEARING.wpd

2