IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NARGIS NIAZ,

        Plaintiff,

  v.

MICHAEL CHERTOFF, et al.,

        Defendants.
_____/

No. CV-07-4030 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED, and plaintiff's cross-motion for summary judgment is hereby DENIED.

Dated: November 29, 2007

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk